05-CR-05823-ORD

FILED _____ LODGED
_____ RECEIVED

JUN 1 3 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISCTRICT OF WASHINGTON
### AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. 05-5823 RBL |
|---|---|
| Plaintiff, | Order Re Dunigan's Motion for Pretrial Deposition (proposed) |
| v. | |
| THOMAS EVANS DUNIGAN, et. al. Defendant. | |

### Order

Defendant Thomas Dunigan moves the Court pursuant to FRCr 15 for an order allowing him to depose several witnesses[1] who will be unavailable for trial in February 2007. He further asks the Court to preside over these depositions and to do so with a vidcogrpaher.

The Court finds that the unavailability of these witnesses constitutes "exceptional circumstances" as contemplated by the above rule and orders that such

---

[1] These witnesses are: (1) Sgt. Luis Macias (Hqr. Company 2/3 Inf. Battalion Ft. Lewis); (2) Sgt. Marson Soaladaob ("A" Company 2/3rd Inf. Battalion Ft. Lewis) and (3) Specialist Larry Morris ("C" Company, 2/3rd Inf. Battalion Ft. Lewis).

Order for pretrial deposition (proposed)    1    PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881

| | |
|---|---|
| 1 | depositions take place in the interests of justice. Accordingly, the individuals set |
| 2 | forth in footnote 1 above shall be deposed on the following date, at U.S. District |
| 3 | Court in Tacoma, in Courtroom _B_, with a videographer if the defense so desires: |
| 4 | June 21, 2006 at 9:30 (am)/pm. These depositions (will)/will not be presided over |
| 5 | by Judge Leighton. The cost for witness/videographer fees shall be borne by |
| 6 | Defendant Dunigan and each party shall be responsible for the cost of obtaining a |
| 7 | copy of the same. The Clerk shall issue subpoenas for the above witnesses |
| 8 | immediately. |

Entered this 13th date of ~~June~~, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:
By: /s/_____
    MARY K. HIGH, WSBA #20123
    PHIL BRENNAN, WSBA #25711*
    Attorney for Def. Dunigan; Date: 6/9/06

Approved orally following email review:
By: /s/_____
    GREGORY GRUBER, AUSA
    KENT LIU, AUSA
    Attorneys for the United States; Date: 6/9/06

Approved orally:
By: /s/_____
    CHARLES JOHNSTON,
    Attorney for Michael Jordan; Date: 6/9/06

Approved by Ms. Olson orally as to form, no position as to merits at this time:
By: /s/_____
    ZENON OLBERTZ
    PAULA OLSON
    Attorneys for Marcus Moore; Date: 6/9/06