HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS DUNIGAN,

Defendant.

Case No. CR05-5823 RBL

ORDER ALLOWING WITHDRAWAL OF ATTORNEY

Defendant Thomas Dunigan, having filed a motion to withdraw and substitute counsel, and the Court having considered the motion, now therefore

**IT IS HEREBY ORDERED** that Mary Kay High is permitted to withdraw as counsel for Mr. Dunigan. The CJA Administrator is directed to appoint new counsel for the defendant.

DATED this 12th day of July, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1