UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>THOMAS E. DUNIGAN,<br><br>        Defendant. | CASE NO. CR05-5823RBL<br><br>MINUTE ORDER |

NOW, on this 26TH day of January, 2007, the Court directs the Clerk to enter the following Minute Order:

The Court directs the CJA Administrator to Appoint Independent Counsel for the express purpose of advising Mr. Dunigan on the issue of conflict with his present counsel, Roger Hunko.

Briefing, if any, will be filed by Government and Defense Counsel   not later than 2/5/2007 after which the court will issue its decision.

The foregoing Minute Order entered by _____s/Jean Boring_____,
Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1