MAGISTRATE JUDGE LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5823 RBL |
| Plaintiff, | ) | ORDER SEALING DEFENDANT'S STATEMENT REGARDING CONFLICT AND ATTORNEY'S LETTER TO JUDGE LEIGHTON |
| vs. | ) | |
| THOMAS EVANS DUNIGAN, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Statement Regarding Conflict and Attorney's Letter to Judge Leighton,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Statement Regarding Conflict and Attorney's Letter to Judge Leighton be sealed.

DONE this 9th day of February, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
Steven J. Krupa
WSBA #23997

ORDER SEALING – page 1

**LAW OFFICES OF
KRUPA & CLARK**
1008 S. Yakima Ave. Ste. 100
Tacoma, Washington 98405
(253) 573-1000