Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR05-5823RBL |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL |
| THOMAS EVANS DUNIGAN, | ) | |
| Defendant. | ) | |

Having read the government's Motion for Downward Departure and Government's Sentencing Memorandum pursuant to USSG § 5K1.1 in the above-captioned case, which were filed under seal, and the government's Motion to Seal, requesting that the motions remain under seal,

It is hereby ORDERED that the government's Motion for Downward Departure and Government's Sentencing Memorandum pursuant to USSG § 5K1.1 in this matter remain sealed.

IT IS SO ORDERED this 19th day of June 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
Digitally Signed upon oral authorization (JAB)

Proposed by:

s/ Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney

Order to Seal — 1
U.S. v. Dunigan/CR05-5823RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800