UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, Plaintiff, v. THOMAS EVANS DUNIGAN, et. al. Defendant. | CASE NO. 05-5823 RBL Order Re Dunigan's Motion to Seal Sentencing Memo |
|---|---|

**Order**

Defendant Thomas Dunigan moves the Court to seal his sentencing memo. The Court has already ordered that the Government's Sentencing memo be sealed. The reasons supporting that Order likewise apply to Mr. Dunigan's sentencing memo. Accordingly, the Court GRANTS Mr. Dunigan's motion and his sentencing

IT IS SO ORDERED this 20th day of June 2007

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
Digitally Signed upon authorization (JAB)

Presented By:
By: /s/_____
      PHIL BRENNAN, WSBA #25711*
      Attorney for Def. Dunigan; Date: 6/19/07

Order Sealing Sentencing Memo         1         PHIL BRENNAN, Esq.
                                                P.O. Box 22837
                                                Seattle, WA 98122
                                                (206) 372-5881